KENNEBEC AND PORTLAND RAIL ROAD CO. *versus* WATERS.

In a suit by a corporation against a subscriber to its capital stock, to recover assessments made upon the shares subscribed for, it is not competent for the defendant to show, by parol evidence, that his subscription was upon a condition, not expressed in the writing.

*J. H. Williams*, for the plaintiffs.

*Lancaster* and *Baker*, for the defendant.